# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| PHENIX, LLC, | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action No. 6:15-cv-00436-JRG-KNM |
| INTEGRATED MEMORY LOGIC, LTD., INTEGRATED MEMORY LOGIC, INC., and EXAR CORPORATION, | § § § § § | JURY TRIAL DEMANDED |
| Defendants. | § | |

## SECOND AMENDED DOCKET CONTROL ORDER

It is hereby ORDERED that the following schedule of deadlines is amended and in effect until further order of this Court:

| **Current Date** | **Proposed Date** | |
|---|---|---|
| September 6, 2016 | | *Jury Selection – 9:00 a.m. in **Tyler, Texas** |
| August 9, 2016 | | *Pretrial Conference – 9:00 a.m. in **Tyler, Texas** before Judge Nicole Mitchell |
| August 4, 2016 | | *Notify Court of Agreements Reached During Meet and Confer  The parties are ordered to meet and confer on any outstanding objections or motions *in limine*. The parties shall advise the Court of any agreements reached no later than 1:00 p.m. three (3) business days before the pretrial conference. |
| August 2, 2016 | | *File Joint Pretrial Order, Joint Proposed Jury Instructions, Joint Proposed Verdict Form, and Responses to Motions *in Limine* |

| | | |
|---|---|---|
| July 26, 2016 | | *File Notice of Request for Daily Transcript or Real Time Reporting.<br><br>If a daily transcript or real time reporting of court proceedings is requested for trial, the party or parties making said request shall file a notice with the Court and e-mail the Court Reporter, Shelly Holmes, at shelly_holmes@txed.uscourts.gov. |
| July 19, 2016 | | File Motions *in Limine*<br><br>The parties shall limit their motions *in limine* to issues that if improperly introduced at trial would be so prejudicial that the Court could not alleviate the prejudice by giving appropriate instructions to the jury. |
| July 19, 2016 | | Serve Objections to Rebuttal Pretrial Disclosures |
| July 12, 2016 | | Serve Objections to Pretrial Disclosures; and Serve Rebuttal Pretrial Disclosures |
| June 28, 2016 | | Serve Pretrial Disclosures (Witness List, Deposition Designations, and Exhibit List) by the Party with the Burden of Proof |
| May 31, 2016 | | *File Dispositive Motions or Motions to Strike Expert Testimony (including *Daubert* Motions)<br><br>No dispositive motion or motion to strike expert testimony (including a *Daubert* motion) may be filed after this date without leave of the Court. |
| May 24, 2016 | | Deadline to Complete Expert Discovery |
| May 10, 2016 | | Serve Disclosures for Rebuttal Expert Witnesses |
| April 19, 2016 | | Deadline to Complete Fact Discovery and File Motions to Compel Discovery |
| April 19, 2016 | | Serve Disclosures for Expert Witnesses by the Party with the Burden of Proof |
| April 5, 2016 | | *Deadline to File Letter Briefs Regarding Dispositive Motions |

| | | |
|---|---|---|
| March 17, 2016 | | Deadline to Complete Mediation<br><br>The parties are responsible for ensuring that a mediation report is filed no later than 5 days after the conclusion of mediation. |
| March 10, 2016 | | Comply with P.R. 3-7 (Opinion of Counsel Defenses) |
| February 18, 2016 | | *Claim Construction Hearing – 9:00 a.m. in **Tyler, Texas** before Judge Nicole Mitchell |
| February 4, 2016 | | *Comply with P.R. 4-5(d) (Joint Claim Construction Chart) |
| January 28, 2016 | | *Comply with P.R. 4-5(c) (Reply Claim Construction Brief) |
| January 21, 2016 | January 25, 2016 | Comply with P.R. 4-5(b) (Responsive Claim Construction Brief) |
| January 7, 2016 | January 11, 2016 | Comply with P.R. 4-5(a) (Opening Claim Construction Brief) and Submit Technical Tutorials (if any)<br><br>Good cause must be shown to submit technical tutorials after the deadline to comply with P.R. 4-5(a). |
| January 7, 2016 | January 28, 2016 | Deadline to Substantially Complete Document Production and Exchange Privilege Logs<br><br>Counsel are expected to make good faith efforts to produce all required documents as soon as they are available and not wait until the substantial completion deadline. |

So ORDERED and SIGNED this 7th day of January, 2016.

_K. Nicole Mitchell_
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE