## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TYLER DIVISION

| | |
|---|---|
| PHENIX, LLC, § | |
| § | |
| Plaintiff, § | |
| § | |
| vs. § | Civil Action No. 6:15-cv-00436-JRG-KNM |
| § | |
| INTEGRATED MEMORY LOGIC, LTD., § | JURY TRIAL DEMANDED |
| INTEGRATED MEMORY LOGIC, INC., § | |
| and EXAR CORPORATION, § | |
| § | |
| Defendants. § | |

## JOINT MOTION TO AMEND DOCKET CONTROL ORDER

NOW COME Plaintiff Phenix, LLC and Defendants Integrated Memory Logic, Limited, Integrated Memory Logic, Inc. and Exar Corporation (collectively the "Parties") file this Joint Motion to Amend Docket Control Order requesting that the Second Amended Docket Control Order (Doc. No. 69) entered in this action be further amended as set forth below:

1. The Parties have been diligent in their efforts to comply with the deadlines set forth in the Court's Second Amended Docket Control Order.

2. The Parties jointly request that the deadline to substantially complete document production and exchange privilege logs be extended from the current deadline of January 28, 2016 to February 12, 2016.

3. The requested extensions of the above deadline will not affect the claim construction hearing date previously set by the Court, nor any other deadline contained in the Second Amended Docket Control Order that cannot be changed without showing good cause. The Parties' joint request for a brief extension of this deadline is so that justice may be done, and not for any improper purpose.

4. A proposed Third Amended Docket Control Order adopting the Parties' requested amendments is submitted herewith.

WHEREFORE, Plaintiff Phenix, LLC and Defendants Integrated Memory Logic, Limited, Integrated Memory Logic, Inc. and Exar Corporation respectfully request that the Court grant this Joint Motion to Amend the Docket Control Order by entering the parties' proposed Third Amended Docket Control Order and for such other and further relief as the Court deems suitable and just.

Dated: January 27, 2016

Respectfully submitted,

*/s/ Andy Tindel*
NICOLAS S. GIKKAS (Lead Attorney)
California State Bar No. 189452
Pro Hac Vice
Email: nsg@gikkaslaw.com

LEWIS E. HUDNELL, III
California State Bar No. 218736
Email: leh@gikkaslaw.com

THE GIKKAS LAW FIRM
530 Lytton Avenue, 2nd Floor
Palo Alto, California 94301
Telephone: (650) 617-3419
Facsimile: (650) 618-2600

ANDY TINDEL
Texas State Bar No. 20054500

MT$^2$ LAW GROUP
MANN | TINDEL | THOMPSON
112 East Line Street, Suite 304
Tyler, Texas 75702
Telephone: (903) 596-0900
Facsimile: (903) 596-0909
Email: atindel@andytindel.com

**ATTORNEYS FOR PLAINTIFF**

*/s/ Eric H. Findlay*
Eric H. Findlay

Albert J. Boro, Jr. (CA Bar 126657)
(Lead Attorney)
Gregory J. Thoming (CA Bar 187109)
(Pro Hac Vice)
BORO LAW FIRM
345 Franklin Street
San Francisco, CA 94102
Tel: (415) 621-2400
Fax: (415) 276-5870
Email: ajboro@boro-law.com
Email: gthoming@boro-law.com

Eric H. Findlay (Texas Bar 00789886)
Debby Gunter (Texas Bar 24012752)
FINDLAY CRAFT, P.C.
102 N. College Avenue, Suite 900
Tyler, TX 75702
Tel: (903) 534-1100
Fax: (903) 534-1137
Email: efindlay@findlaycraft.com
Email: dgunter@findlaycraft.com

Philip W. Woo (CA Bar 196459)
SIDLEY AUSTIN LLP
555 California Street, Suite 2000
San Francisco, CA 94104
Tel: (415) 772-7418
Fax: (415) 772-7400
Email: pwoo@sidley.com

**Attorneys for Defendants**
**INTEGRATED MEMORY LOGIC, LIMITED, INTEGRATED MEMORY LOGIC, INC. and EXAR CORPORATION**

## **CERTIFICATE OF SERVICE**

This is to certify that all known counsel of record who are deemed to have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system per E. Dist. Tex. Loc. Ct. R. CV-5(a)(3) on this the 27th day of January, 2016. Any other known counsel of record will be served with a copy of this document by email and/or facsimile transmission.

/s/ *Eric H. Findlay*
Eric H. Findlay