# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | | |
|---|---|---|
| PHENIX, LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| vs. | § | Civil Action No. 6:15-cv-00436-JRG-KNM |
| | § | |
| INTEGRATED MEMORY LOGIC, LTD., | § | JURY TRIAL DEMANDED |
| INTEGRATED MEMORY LOGIC, INC., | § | |
| and EXAR CORPORATION, | § | |
| | § | |
| Defendants. | § | |

## ORDER GRANTING SECOND JOINT MOTION TO STAY ALL DEADLINES AND NOTICE OF SETTLEMENT

On this day came on to be considered the Second Joint Motion to Stay All Deadlines and Notice of Settlement (Dkt. No. 87) filed by Plaintiff Phenix, LLC and Defendants Integrated Memory Logic, Limited, Integrated Memory Logic, Inc., and Exar Corporation (collectively the "Parties"). The Court having now reviewed said motion finds that it is well taken and should be **GRANTED**. It is therefore,

ORDERED that all deadlines contained in the Court's Fourth Amended Docket Control Order are hereby stayed for an additional ten (10) day period of time so that appropriate dismissal papers may be submitted to the Court.

So ORDERED and SIGNED this 14th day of March, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE