**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**TYLER DIVISION**

| | | |
|---|---|---|
| PHENIX, LLC | § | |
| | § | |
| v. | § | CASE NO. 6:15-CV-436-JRG-KNM |
| | § | |
| INTEGRATED MEMORY LOGIC, | § | |
| LTD., et al. | § | |

## FINAL JUDGMENT

In accordance with the Joint Motion to Dismiss with Prejudice (Doc. No. 90) filed by the parties in this case, it is hereby:

**ORDERED** that all claims, causes of action, and/or counterclaims in this suit be dismissed *with prejudice* to refiling, and final judgment be entered in this case.

All relief not previously granted is hereby **DENIED**.

So ORDERED and SIGNED this 28th day of March, 2016.

_____
K. NICOLE MITCHELL
UNITED STATES MAGISTRATE JUDGE